1  MILBERG WEISS BERSHAD
     & SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN 94559)
   ELIZABETH P. LIN (SBN 174663)
3  KRISTEN McCULLOCH (SBN 177558)
   355 S. Grand Avenue, Suite 4170
4  Los Angeles, CA 90071-3172
   Telephone: (213) 617-1200
5  Facsimile: (213) 617-1975

6  MILBERG WEISS BERSHAD
     & SCHULMAN LLP
7  MELVYN I. WEISS
   ELAINE S. KUSEL
8  One Pennsylvania Plaza
   New York, NY 10119
9  Telephone: (212) 594-5300
   Facsimile: (212) 868-1229
10
   Lead Counsel for the Class
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>　　　　　Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE |

1  WHEREAS, on April 14, 2005, the Consolidated Amended Complaint was filed with the
2  Court;
3  WHEREAS, defendants filed motions to dismiss the Consolidated Amended Complaint on
4  May 26, 2005, Lead Plaintiff filed oppositions to defendants' motions to dismiss on June 8, 2005,
5  and defendants filed replies to the motions to dismiss on June 15, 2005;
6  WHEREAS, on June 29, 2005, the Court held a hearing on the defendants' motions to
7  dismiss and ordered supplemental briefing on the motion to dismiss;
8  WHEREAS, on July 29, 2005, Lead Plaintiff filed a supplemental brief in further support of
9  its opposition to defendants' motions to dismiss;
10 WHEREAS, defendants' response to Lead Plaintiff's supplemental brief in connection with
11 the motion to dismiss is due on August 12, 2005;
12 WHEREAS, the hearing on the motion to certify class is currently set for September 15,
13 2005, at 2:00 p.m.;
14 WHEREAS, pursuant to L.R. 7-2, based on the class certification motion hearing date set by
15 the Court, plaintiffs' motion for class certification is due to be filed on August 11, 2005;
16 WHEREAS, the parties wish to continue the briefing and hearing on the class certification
17 motion until after the Court rules on the pending motions to dismiss;
18 NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as
19 follows:
20 1. Counsel for Lead Plaintiff and counsel for Defendants shall confer and agree on a
21 briefing schedule and hearing date on the class certification motion, and shall submit a stipulation
22 with proposed briefing and hearing dates for the Court's approval, within 14 days after the Court
23 issues an order on the pending motions to dismiss; and
24 2. The class certification motion hearing date currently scheduled for September 15,
25 2005, at 2:00 p.m., shall be taken off calendar and rescheduled after the Court issues its order on the
26 motions to dismiss.
27 ///
28

```
 1    IT IS SO STIPULATED.
 2  DATED: August 9, 2005              MILBERG WEISS BERSHAD
                                          & SCHULMAN LLP
 3                                     JEFF S. WESTERMAN
                                       ELIZABETH P. LIN
 4
 5
                                       _____
 6                                          ELIZABETH P. LIN

 7                                     355 South Grand Avenue, Suite 4170
                                       Los Angeles, CA 90071
 8                                     Telephone: (213) 617-1200
                                       Facsimile: (213) 617-1975
 9
10                                     MILBERG WEISS BERSHAD
                                          & SCHULMAN LLP
11                                     MELVYN I. WEISS
                                       ELAINE S. KUSEL
12                                     One Pennsylvania Plaza
                                       New York, NY 10119-0165
13                                     Telephone: (212) 594-5300
                                       Facsimile: (212) 868-1229
14
                                       Lead Counsel for the Class
15
16  DATED: August 9, 2005              SKADDEN ARPS SLATE MEAGHER
                                          & FLOM LLP
17                                     ERIC S. WAXMAN
                                       AMY S. PARK
18
19
                                       _____
20                                          AMY S. PARK

21                                     300 South Grand Avenue
                                       Los Angeles, CA 90071-3144
22                                     Telephone: (213) 687-5000
                                       Facsimile: (213) 687-5600
23
                                       SKADDEN ARPS SLATE MEAGHER
24                                       & FLOM LLP
                                       JAMES E. LYONS
25                                     Four Embarcadero Center
                                       San Francisco, CA 94111-4144
26
                                       Attorneys for Defendants
27
28
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE     - 2 -
CASE NO.: C-04-4293-VRW
DOCS\302135v1

**ORDER**

Having read and considered the parties' Stipulation and [~~Proposed~~] Order to Continue Class Certification Hearing Date,

IT IS SO ORDERED.

DATED: August ___, 2005

_____
THE HON. VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

*(Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California)*

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on August 9, 2005, declarant served STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of August, 2005, at Los Angeles, California.

_____
FAITH FARINA

**CHIRON CORPORATION**
**AUGUST 9, 2005**
**SERVICE LIST**

| Attorneys for Plaintiffs | |
|---|---|
| JEFF S. WESTERMAN<br>ELIZABETH P. LIN<br>KRISTEN McCULLOCH<br>MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP<br>355 S. Grand Avenue, Suite 4170<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile:  (213) 617-1975 | MELVYN I. WEISS<br>ELAINE P. KUSEL<br>MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile:  (212) 868-1229 |
| Counsel for Defendants | |
| JAMES E. LYONS<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile:  (415) 984-2698 | ERIC WAXMAN<br>AMY PARK<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>300 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |