**E-Filing**

1. JAMES E. LYONS (State Bar No. 112582)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2. Four Embarcadero Center
   San Francisco, California 94111-4144
3. (415) 984-6400
   (415) 984-2698 (fax)
4. 
5. ERIC S. WAXMAN (State Bar No. 106649)
   AMY S. PARK (State Bar No. 208204)
   ROBERT F. LeMOINE (State Bar No. 222350)
6. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
7. Los Angeles, California 90071-3144
   (213) 687-5000
8. (213) 687-5600 (fax)
9. Attorneys for Defendant
   Chiron Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT, and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>STIPULATION AND [PROPOSED] ORDER FOR ONE-WEEK EXTENSION TO FILE SUPPLEMENTAL BRIEF<br><br>Date: N/A<br>Time: N/A<br>Judge: Chief Judge Vaughn R. Walker |

1  WHEREAS, on April 14, 2005, the Consolidated Amended Complaint was filed with the
2  Court;
3  WHEREAS, defendants filed motions to dismiss the Consolidated Amended Complaint on
4  May 26, 2005, Lead Plaintiff filed oppositions to defendants' motions to dismiss on June 8, 2005,
5  and defendants filed replies to the motions to dismiss on June 15, 2005;
6  WHEREAS, on June 29, 2005, the Court held a hearing on defendants' motions to dismiss;
7  WHEREAS, at the hearing on the motions to dismiss, the Court ordered Lead Plaintiff to
8  file a supplemental submission with respect to the motions no later than July 29, 2005;
9  WHEREAS, at the hearing, the Court also ordered defendant Chiron Corporation to submit
10 a response to Lead Plaintiff's supplemental submission no later than August 12, 2005, but stated
11 that if Chiron felt it needed additional time to respond to Lead Plaintiff's supplemental submission,
12 Chiron should request an extension from the Court;
13 WHEREAS, on July 29, 2005, Lead Plaintiff filed a 34-page supplemental brief in further
14 support of its opposition to defendants' motions to dismiss;
15 WHEREAS, in order to respond adequately to Lead Plaintiff's supplemental brief, Chiron
16 requires a one-week extension from the current August 12 due date to August 19, 2005, to file its
17 supplemental submission;
18 WHEREAS, on August 10, 2005, Chiron sought and obtained Lead Plaintiff's consent to a
19 one-week extension of time to file Chiron's supplemental submission in response to Lead Plaintiff's
20 supplemental brief;
21 NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as
22 follows:
23 The due date for Chiron to file its supplemental submission in response to Lead Plaintiff's
24 supplemental brief shall be extended for one week, from August 12, 2005, to August 19, 2005.
25 ///
26 ///
27 ///
28

2
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE BRIEF - C-04-4293-VRW

1  IT IS SO STIPULATED.

2

3  DATED: August 11, 2005                MILBERG WEISS BERSHAD
                                            & SCHULMAN LLP
4                                       JEFF S. WESTERMAN
                                        ELIZABETH P. LIN

5

6                                       /s/ Elizabeth Lin / with permission /s/
7                                       _____
                                             ELIZABETH P. LIN

8                                       355 South Grand Avenue, Suite 4170
                                        Los Angeles, CA 90071
9                                       Telephone: (213) 617-1200
                                        Facsimile: (213) 617-1975

10

11                                      MILBERG WEISS BERSHAD
                                            & SCHULMAN LLP
12                                      MELVYN I. WEISS
                                        ELAINE S. KUSEL
13                                      One Pennsylvania Plaza
                                        New York, NY 10119-0165
14                                      Telephone: (212) 594-5300
                                        Facsimile: (212) 868-1229

15                                      Lead Counsel for the Class

16

17 DATED: August 11, 2005               SKADDEN ARPS SLATE MEAGHER
                                            & FLOM LLP
18                                      ERIC S. WAXMAN
                                        AMY S. PARK

19

20                                      /s/ Amy S. Park
21                                      _____
                                             AMY S. PARK

22                                      300 South Grand Avenue
                                        Los Angeles, CA 90071-3144
23                                      Telephone: (213) 687-5000
                                        Facsimile: (213) 687-5600

24                                      SKADDEN ARPS SLATE MEAGHER
                                            & FLOM LLP
25                                      JAMES E. LYONS
                                        Four Embarcadero Center
26                                      San Francisco, CA 94111-4144

27                                      Attorneys for Defendants
                                           *    *    *
28

3
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE BRIEF - C-04-4293-VRW

## ORDER

Having read and considered the parties' Stipulation and [Proposed] Order For One-Week Extension To File Supplemental Brief,

IT IS SO ORDERED.

DATED: August ___, 2005

_____
UNITED STATES DISTRICT COURT JUDGE