JAMES E. LYONS (State Bar No. 112582)
AMY S. PARK (State Bar No. 208204)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center
San Francisco, California 94111-4144
(415) 984-6400
(415) 984-2698 (fax)
jlyons@skadden.com
apark@skadden.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT, and DAVID V. SMITH,<br><br>　　　　　　　Defendants. | Case No. C-04-4293-VRW<br><br>[PROPOSED] ORDER SUBSTITUTING PARTY<br><br>Date:　[No oral argument requested]<br>Time:　N/A<br>Judge:　Chief Judge Vaughn R. Walker |

**ORDER**

Having read and considered the foregoing Motion For Order Substituting Party and supporting documents and good cause appearing therefore,

IT IS ORDERED THAT Novartis Vaccines and Diagnostics, Inc., be and hereby is substituted as a party to this action instead of Chiron Corporation.

DATED:  May 26 , 2006

_____
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28