```
MILBERG WEISS & BERSHAD LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

MILBERG WEISS & BERSHAD LLP         KROLL HEINEMAN GIBLIN, LLC
MELVYN I. WEISS                      VINCENT M. GIBLIN
One Pennsylvania Plaza               99 Wood Avenue South, Suite 307
New York, NY  10119                  Iselin, NJ  08830
Telephone:  (212) 594-5300           Telephone:  (732) 491-2100
Facsimile:   (212) 868-1229          Facsimile:   (732) 491-2120

Lead Counsel for the Class           Counsel for Lead Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE TELEPHONIC PARTICIPATION BY GEORGE A. BAUER III AT HEARING FOR PRELIMINARY SETTLEMENT APPROVAL |

1   WHEREAS, on March 29, 2007, the Stipulation and Agreement of Settlement (the
2   "Settlement Stipulation") was executed by the parties;
3   WHEREAS, on May 4, 2007, Plaintiff filed the Settlement Stipulation and the Motion for
4   Preliminary Approval of the Proposed Settlement, the Proposed Plan of Allocation, and Attorneys'
5   Fees and Reimbursement of Expenses ("Preliminary Approval Motion");
6   WHEREAS, the Preliminary Approval Motion is scheduled to be heard before this Court on
7   August 2, 2007, at 2:00 p.m.;
8   WHEREAS, George A. Bauer III, a partner with the law firm of Milberg Weiss & Bershad
9   LLP, Plaintiff's Lead Counsel, participated in negotiating and documenting the terms of the
10  Settlement;
11  WHEREAS, Mr. Bauer is unable to physically attend the hearing on the Preliminary
12  Approval Motion due to health issues affecting his ability to travel; and
13  WHEREAS, Jeff S. Westerman and/or Elizabeth P. Lin of Milberg Weiss & Bershad LLP
14  will be physically present at the hearing on the Preliminary Approval Motion but wish Mr. Bauer to
15  also participate by telephone;
16  NOW, THEREFORE, the parties stipulate and agree, as follows:
17  1.    Mr. Bauer may participate in the Preliminary Approval Motion on August 2, 2007, at
18  2:00 p.m. by telephone; and
19  2.    Plaintiff's Lead Counsel shall make arrangements for the telephonic participation of
20  Mr. Bauer.
21  IT IS SO STIPULATED
22  DATED: June 7, 2007                    MILBERG WEISS & BERSHAD LLP
                                            JEFF S. WESTERMAN
23                                          ELIZABETH P. LIN
24
25                                                  /s/ Elizabeth P. Lin
                                                    ELIZABETH P. LIN
26
27
28

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW                                                                  -1-
DOCS\401819v1

One California Plaza  
300 S. Grand Avenue, Suite 3900  
Los Angeles, CA 90071  
Telephone: (213) 617-1200  
Facsimile: (213) 617-1975  

MILBERG WEISS & BERSHAD LLP  
MELVYN I. WEISS  
One Pennsylvania Plaza  
New York, NY 10119  
Telephone: (212) 594-5300  
Facsimile: (212) 868-1229  

*Lead Counsel for the Class*

KROLL HEINEMAN GIBLIN, LLC  
VINCENT M. GIBLIN  
99 Wood Avenue South, Suite 307  
Iselin, NJ 08830  
Telephone: (732) 491-2100  
Facsimile: (732) 491-2120  

*Counsel for Lead Plaintiff*

DATED: June 7, 2007

SKADDEN ARPS SLATE MEAGHER  
 & FLOM LLP  
ERIC S. WAXMAN  
AMY S. PARK  

          /s/ Amy S. Park  
          AMY S. PARK  

300 South Grand Avenue  
Los Angeles, CA 90071-3144  
Telephone: (213) 687-5000  
Facsimile: (213) 687-5600  

SKADDEN ARPS SLATE MEAGHER  
 & FLOM LLP  
JAMES E. LYONS  
Four Embarcadero Center  
San Francisco, CA 94111-4144  
Telephone: (415) 984-6470  
Facsimile: (888) 329-2990  

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING  
CASE NO.:C-04-4293-VRW                                                                                                     -2-  
DOCS\401819v1

**ORDER**

Having read and considered the parties' Stipulation and [Proposed] Order re Telephonic Participation by George A. Bauer III at Hearing for Preliminary Settlement Approval,

IT IS SO ORDERED.

DATED: June 15, 2007



_____
THE HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW

-3-

DOCS\401819v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on June 7, 2007, declarant served the STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION BY GEORGE A. BAUER III AT HEARING FOR PRELIMINARY SETTLEMENT APPROVAL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2007, at Los Angeles, California.

                                                /s/ Ann Marie Genovese
                                                ANN MARIE GENOVESE

# CHIRON CORPORATION
## SERVICE LIST

*Counsel for Plaintiffs*

Jeff S. Westerman
Elizabeth P. Lin
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Melvyn I. Weiss
George A. Bauer III
**MILBERG WEISS & BERSHAD LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Vincent M. Giblin
**KROLL HEINEMAN GIBLIN LLC**
99 Wood Avenue South, Suite 307
Iselin, NJ 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120

*Counsel for Defendants*

James E. Lyons
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

Eric Waxman
Amy Park
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
300 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Other Counsel*

Jeffrey R. Krinsk
**FINKELSTEIN & KRINSK**
501 W. Broadway, Suite 1250
San Diego, CA 92101-3593
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW
DOCS\401819v1

-5-