IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHIRON CORPORATION SECURITIES LITIGATION _____/ | No   C-04-4293 VRW<br><br>ORDER |

    Counsel for defendants are ORDERED to submit to the court on or before September 21, 2007 all transcripts from the depositions taken of the lead plaintiff and any other discovery issued relating to the adequacy of lead plaintiff.

    Class counsel is ORDERED to submit on or before September 21, 2007 the years of experience and office location for each attorney identified in its August 10, 2007 lodestar report. Doc #121.

    IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER

United States District Chief Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28