MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com
elin@milbergweiss.com

MILBERG WEISS LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: gbauer@milbergweiss.com
akartalopoulos@milbergweiss.com

KROLL HEINEMAN GIBLIN, LLC
VINCENT M. GIBLIN
99 Wood Avenue South, Suite 307
Iselin, NJ 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120
Email: vgiblin@krollfirm.com

Counsel for Lead Plaintiff

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING REGARDING PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER<br><br>Original Hearing Date:<br><br>DATE: February 14, 2008<br>TIME: 10:00 a.m.<br>CTRM: Hon. Vaughn R. Walker<br><br>Proposed Hearing Date:<br><br>DATE: February 21, 2008<br>TIME: 3:30 p.m.<br>CTRM: Hon. Vaughn R. Walker |

STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING;
[PROPOSED] ORDER
CASE NO.: C-04-4293-VRW

DOCS\424314v1

1    WHEREAS, on December 20, 2007, the Court held a Case Management Conference ("CMC") in which the proposed settlement of the above-captioned consolidated action was discussed. Following the CMC, the Court ordered the parties to file further briefs regarding the proposed settlement by January 29, 2008 and scheduled a further hearing regarding the proposed settlement on February 14, 2008, at 10:00 a.m.;

WHEREAS, the parties wish to extend the time for filing the briefs regarding the proposed settlement from January 29, 2008 to February 12, 2008. Class counsel requires the additional time in order to confer with Lead Plaintiff and other parties concerning the proposed settlement and the issues previously raised by the court.

WHEREAS, the parties also wish to continue the hearing on the proposed settlement by a week, from February 14, 2008 to February 21, 2008, for the same reason.

NOW THEREFORE, subject to the Court's approval, the parties stipulate, agree and jointly respectfully request that the Court:

1. Extend the deadline for filing briefs regarding the proposed settlement from January 29, 2008 to February 12, 2008; and

2. Continue the date of the hearing regarding the proposed settlement from February 14, 2008 to February 21, 2008.

DATED: January 22, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN


*/s/ Elizabeth P. Lin*
ELIZABETH P. LIN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milbergweiss.com
elin@milbergweiss.com

STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW

-1-

DOCS\424314v1

| | |
|---|---|
| 1 | MILBERG WEISS LLP |
| | GEORGE A. BAUER III |
| 2 | ANITA KARTALOPOULOS |
| | One Pennsylvania Plaza |
| 3 | New York, NY 10119 |
| | Telephone: (212) 594-5300 |
| 4 | Facsimile: (212) 868-1229 |
| | Email: gbauer@milbergweiss.com |
| 5 | akartalopoulos@milbergweiss.com |

*Lead Counsel for the Class*

KROLL HEINEMAN GIBLIN, LLC
VINCENT M. GIBLIN
99 Wood Avenue South, Suite 307
Iselin, NJ 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120
Email: vgiblin@krollfirm.com

*Counsel for Lead Plaintiff*

DATED: January 22, 2008    WACHTELL, LIPTON, ROSEN & KATZ
                           PAUL K. ROWE


                                      */s/ Paul K. Rowe*
                                       PAUL K. ROWE

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2210

*Counsel for Defendant Novartis Vaccines and Diagnostics, Inc. (formerly known as Chiron Corporation)*

DATED: January 22, 2008    SKADDEN ARPS SLATE MEAGHER
                             & FLOM LLP
                           JAMES E. LYONS
                           AMY PARK


                                      */s/ James E. Lyons*
                                       JAMES E. LYONS
                           Four Embarcadero Center, Suite 3800
                           San Francisco, CA 94111
                           Telephone: (415) 984-6400
                           Facsimile: (415) 984-2698

---

STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW                                          -2 -

DOCS\424314v1

1 | *Counsel for Defendants Novartis Vaccines and Diagnostics, Inc. (formerly known as Chiron Corporation), Howard H. Pien, John A. Lambert and David V. Smith*

\*   \*   \*

## ORDER

The above stipulation having been considered and good cause appearing therefore, it is ordered that:

1. The deadline for filing briefs regarding the proposed settlement shall be extended from January 29, 2008 to February 12, 2008; and

2. The date for the hearing regarding the proposed settlement shall be continued from February 14, 2008 to February 21, 2008.

IT IS SO ORDERED.

DATED:_____

HONORABLE VAUGHN R. WALKER
JUDGE OF THE DISTRICT COURT

STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW

-4-

DOCS\424314v1

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

*/s/ Elizabeth P. Lin*

ELIZABETH P. LIN

STIPULATION TO EXTEND DATE FOR FILING BRIEFS AND CONTINUE HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW

-5-

DOCS\424314v1