IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE CHIRON CORPORATION  No  C-04-4293 VRW
SECURITIES LITIGATION
                                          ORDER
_____/

At the December 20, 2007 case management conference, the court ordered the parties to file further briefs regarding the proposed settlement by January 29, 2008, and scheduled a further hearing regarding settlement on February 14, 2008 at 10:00 am. On January 22, 2008, the parties requested that the court extend the time for filing briefs to February 12, 2008 and continue the hearing until February 21, 2008.

The court agrees to convert the February 14 hearing to a case management conference, but declines to postpone that conference to February 21, 2008. The parties should be prepared, in particular, at the February 14 conference to discuss the notice to the class. The parties may, however, postpone further briefing until after the February 14 case management conference.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge