IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHIRON CORPORATION SECURITIES LITIGATION _____/ | No C 04-4293 VRW<br><br>ORDER |

   At the case management conference in the above-captioned case on February 14, 2008, the court suggested the possibility of retaining Professor Michael Perino to evaluate the proposed settlement and help devise a class notice. On March 17, 2008, defendant Novartis Vaccines and Diagnostics, Inc informed the court that it consented to referring the matter to Professor Perino (Doc #146), but the lead plaintiff, International Union of Operating Engineers Local No 825 Pension Fund, objected (Doc #147).

   Although Professor Perino appears to be well qualified, the court is disinclined to appoint an expert over the objections of one of the parties.

   As an alternative to obtaining an objective evaluation of

the proposed settlement, the court suggests sending to the proposed class a short notice designed to elicit responses from class members.  The notice should summarize briefly the proposed settlement, explain the court's concerns about the proposed settlement and encourage potential class members to respond with their views.

To facilitate class members' participation in the evaluation of the settlement, the court proposes that copies of the parties' proposed "Notice of Pendency of Class Action and Proposed Settlement Therof, Motion for Attorneys' Fees and Settlement Fairness Hearing" (Doc #100-3) and the court's November 30, 2007 order denying preliminary approval of the settlement (Doc #130) be made available on a website maintained by the parties.  The content of the website should avoid any suggestion that the court has tentatively approved the settlement or its terms.  Class members should be invited to respond with their opinion whether the settlement should be approved by sending an email to an address that will deliver the responses to the parties and the court simultaneously.

From various communications with the parties since its November 30, 2007 order denying preliminary approval of the proposed settlement, the court understands that the parties may have agreed to modify the terms of the settlement.  If the parties have agreed to modified terms of settlement, they are directed to submit the present terms of settlement to the court not later than April 18, 2008.

In the event the parties have not agreed to modified terms, they shall by April 18, 2008, so inform the court.  The

2

court will then draft a short notice summarizing the proposed settlement and inviting comment from class members.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge