1  PAUL K. ROWE (Admitted *Pro Hac Vice*)
   RACHELLE SILVERBERG (Admitted *Pro Hac Vice*)
2  WACHTELL, LIPTON, ROSEN & KATZ
   51 W. 52nd Street, Suite 29
3  New York, New York 10019
   Telephone:  (212) 403-1000
4  Facsimile:   (212) 403-2000

5  Attorneys for Defendants
   NOVARTIS VACCINES AND DIAGNOSTICS, INC.
6  (formerly known as Chiron Corporation)

7  JAMES E. LYONS (State Bar No. 112583)
   AMY S. PARK (State Bar No. 208204)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
9  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
10 Facsimile:  (415) 984-2698

11 Attorneys for Defendants
   NOVARTIS VACCINES AND
12 DIAGNOSTICS, INC. (formerly known as
   Chiron Corporation), HOWARD H. PIEN,
13 JOHN A. LAMBERT, and DAVID V. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>　　　　　　　Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>RESPONSE OF CHIRON DEFENDANTS TO COURT'S ORDER ENTERED APRIL 11, 2008<br><br>Judge:   Chief Judge Vaughn R. Walker |

RESPONSE OF CHIRON DEFENDANTS TO COURT'S ORDER ENTERED
APRIL 11, 2008; CASE NO.: C-04-4293-VRW

The Chiron Defendants[1] respectfully respond to the Court's April 11, 2008 Order as follows:

1. <u>Modifications of the proposed settlement</u>. The Chiron Defendants have agreed with plaintiffs that the Notice to be given to class members in connection with any potential approval of the settlement should disclose the number of class shares which, if such shares validly opt out, would trigger an option on defendants' part to withdraw from the settlement. The number is 1.4 million.

The defendants understand from discussions with plaintiffs' counsel that, with respect to matters that are specific to plaintiffs, plaintiffs' counsel will advise the Court of other modifications to the application for settlement approval previously submitted to the Court.

2. <u>Comments on the Court's proposal for a website and class member comment opportunity</u>. The Chiron Defendants have no objection to the Court's suggestion that a website be created and that class members be given an opportunity to comment on the proposed settlement. The Court's order raises certain issues concerning the cost of giving short-form notice; cost of maintaining the website; and verification that comments are submitted by class members.

In addition, in light of the wide dissemination the Court's November 30, 2007 Order is likely to have by virtue of the website, the Chiron Defendants would like the opportunity to have the Court consider a brief factual submission relating to the issue, raised in the November 30, 2007 Order, of Skadden Arps' representation of certain individuals. The submission is attached hereto as Exhibit A, and counsel is, of course, available to the Court to respond to any issues the submission raises.

3. <u>Opportunity for a conference prior to mailing of any notice to class members</u>. The Chiron Defendants respectfully request that the Court convene a conference to discuss the

---

[1] The Chiron Defendants are Novartis Vaccines and Diagnostics, Inc. (formerly known as Chiron Corporation) , Howard H. Pien, John A. Lambert, and David V. Smith.

1 points referred to in the preceding paragraph concerning the cost, administration and logistics of
2 the proposed website. Counsel is available at the Court's convenience.

3 DATED: April 18, 2008

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Rachelle Silverberg
RACHELLE SILVERBERG
51 W. 52nd Street, Suite 29
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

Attorneys for Defendants
NOVARTIS VACCINES AND DIAGNOSTICS, INC.
(formerly known as Chiron Corporation)

DATED: April 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ James E. Lyons
JAMES E. LYONS
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:(415) 984-2698

Attorneys for Defendants
NOVARTIS VACCINES AND DIAGNOSTICS, INC.
(formerly known as Chiron Corporation), HOWARD H. PIEN, JOHN A. LAMBERT, and DAVID V. SMITH

RESPONSE OF CHIRON DEFENDANTS TO COURT'S ORDER ENTERED
APRIL 11, 2008; CASE NO.: C-04-4293-VRW

-2 -