United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10           IN THE UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  IN RE CHIRON CORPORATION         No   C 04-4293 VRW
    SECURITIES LITIGATION

14                            ORDER

15  _____/

16        The court has received the parties' submissions regarding

17  the court's proposed short-form notice.  Doc ##151, 152.  The

18  parties are ordered to appear on May 12, 2008 at 10:00 am for a

19  status conference to discuss class notice and other issues

20  pertaining to the parties' proposed settlement.

21

22        IT IS SO ORDERED.

23

24                        _____

25                        VAUGHN R WALKER

26                        United States District Chief Judge

27

28