IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE CHIRON CORPORATION               No   C 04-4293 VRW
SECURITIES LITIGATION
                                            MEMORANDUM
_____/
```

        At the May 12, 2008 status conference, the court and the parties will discuss the possibility of sending potential class members a short notice from the court seeking their comment whether the court should approve the proposed settlement; this notice will be sent along with a more detailed notice drafted by the parties, similar in form to the proposed notice already submitted to the court (Doc #100-3).  To provide a starting point for the conversation, the court has prepared an example of the notice it envisions, a copy of which has been filed separately.

        In this case, the court does not envision the usual two-step approval process: a "preliminary" approval followed by a final approval.  Instead, the court seeks to have the parties put before

1 the class the terms of the settlement on a take-it or leave-it
2 basis with one notice.  Class members will have the choice of
3 accepting the terms offered or opting out.  Depending on the
4 response from class members, the court will then decide whether to
5 approve the settlement or not.
6           To make this process work effectively, the court proposes
7 to seek the suggestions of the Office of Collections and
8 Distributions of the Securities & Exchange Commission as to the
9 form of the notice and means of administering claims.  The court
10 seeks the parties' view on this proposal.

12           IT IS SO ORDERED.

                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge