IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHIRON CORPORATION<br>SECURITIES LITIGATION<br>_____/ | No  C 04-4293 VRW<br><br>**MEMORANDUM** |

    As discussed at the May 12, 2008 status conference, the court plans to seek the input of the Office of Collections and Distributions of the United States Securities and Exchange Commission.  A draft of the letter the court proposes to send is attached.

    The court would appreciate any comments on the letter the parties wish the court to consider not later than May 14 at noon.

    IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge