**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHIRON CORPORATION SECURITIES LITIGATION _____/ | No   C 04-4293 VRW<br><br>MEMORANDUM |

    The court has made non-substantive changes to the proposed letter to the deputy director of the Office of Collections and Distributions of the Securities and Exchange Commission. A copy of the updated letter is attached for your information.

    IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge