MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA  90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
elin@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: gbauer@milberg.com
akartalopoulos@milberg.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>    Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S COMMENTS RE PROPOSED CLASS NOTICE |

Lead Plaintiff hereby attaches its comments, in redline, to the Proposed Notice of Proposed Settlement.

In connection with the discussion at the last status conference:

    (a)    Lead Plaintiff's counsel conferred with Gilardi & Co., the proposed claims administrator, and was informed that Gilardi can set up both a website to host the case documents for public viewing and an email address to receive comments to the proposed settlement to the Court. Class counsel would like to further discuss this with the Court at the May 28, 2008 conference; and

    (b)    Lead Plaintiff's counsel will also provide the lodestar and expenses to date to the Court on or before the next status conference, May 28, 2008.

DATED: May 21, 2008

MILBERG LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
  elin@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: gbauer@milberg.com
  akartalopoulos@milberg.com

Lead Counsel for the Class

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on May 21, 2008, declarant served the LEAD PLAINTIFF'S COMMENTS RE PROPOSED CLASS NOTICE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

LEAD PLAINTIFF'S COMMENTS RE PROPOSED CLASS NOTICE
CASE NO.:C-04-4293-VRW
DOCS\435975v1

**SERVICE LIST**

*Richard Gregory v. Chiron Corporation, et al.*
USDC ~ San Francisco - Case No.C-04-4293-VRW

| *Counsel for Plaintiffs* | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>MILBERG LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | George A. Bauer III<br>Anita Kartalopoulos<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| KROLL HEINEMAN LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120 | Lionel Glancy<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| Brian P. Murray<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892 | Vincent Giblin<br>PITTA & DREIER LLP<br>499 Park Avenue<br>15th Floor<br>New York, New York 10022<br>Telephone: (212) 652-3890<br>Facsimile: (212) 652-3891 |
| *Counsel for Defendants* | |
| James E. Lyons<br>Amy Park<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698 | Eric Waxman<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>300 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| Paul K. Rowe<br>Rachelle Silverberg<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000 | |

LEAD PLAINTIFF'S COMMENTS RE PROPOSED CLASS NOTICE
CASE NO.:C-04-4293-VRW
DOCS\435975v1

| | |
|---|---|
| *Other Counsel*<br>Jeffrey R. Krinsk<br>FINKELSTEIN & KRINSK<br>501 W. Broadway, Suite 1250<br>San Diego, CA  92101-3593<br>Telephone: (619) 238-1333<br>Facsimile:  (619) 238-5425 | |

LEAD PLAINTIFF'S COMMENTS RE PROPOSED CLASS NOTICE
CASE NO.:C-04-4293-VRW

DOCS\435975v1