MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA  90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
elin@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: gbauer@milberg.com
akartalopoulos@milberg.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>                    Defendants. | Case No. C-04-4293-VRW<br><br>**CLASS ACTION**<br><br>CLASS COUNSEL'S REPORT RE LODESTAR AND EXPENSES |

Lead Plaintiff's attorneys hereby report their lodestar and expenses to date.

As set forth in the attached lodestar report, Lead Plaintiff's attorneys and paralegals have spent 685.4 more hours on this case since the submission to the Court of the proposed settlement on August 10, 2007, for a total of 2,702.90 hours to date. Applying Updated Laffey rates found at www.laffeymatrix.com, their lodestar is $1,380,794.00. The requested fee award of $5.1 million is approximately 3.7 times the lodestar using Updated Laffey rates.

As set forth in the attached expense report, additional expenses of $28,568.62 have also been incurred since August 10, 2007, for a total of $380,717.82 in expenses to date. This amount includes $227,209.25 of Professional Staff Costs, as called for in the Court's November 30, 2007 order.

DATED: May 27, 2008            MILBERG LLP
                               JEFF S. WESTERMAN
                               ELIZABETH P. LIN


                                      /s/ Jeff S. Westerman
                               _____
                                    JEFF S. WESTERMAN
                               One California Plaza
                               300 South Grand Avenue, Suite 3900
                               Los Angeles, CA 90071
                               Telephone: (213) 617-1200
                               Facsimile:  (213) 617-1975
                               Email: jwesterman@milberg.com
                                  elin@milberg.com

                               MILBERG LLP
                               GEORGE A. BAUER III
                               ANITA KARTALOPOULOS
                               One Pennsylvania Plaza, 49th Floor
                               New York, NY  10119
                               Telephone: (212) 594-5300
                               Facsimile:  (212) 868-1229
                               Email: gbauer@milberg.com
                                  akartalopoulos@milberg.com

                               Lead Counsel for the Class

CLASS COUNSEL'S REPORT RE LODESTAR AND EXPENSES
CASE NO.:C-04-4293-VRW

DOCS\436333v1

Summary of Lodestar Calculations - In re Chiron Sec. Litig.
5/27/2008
Using Updated Laffey Matrix Rates & Firm Billing Rates

| Attorney / Paralegal | Location | Years Experience | 2007 Adjusted Laffey (a)(b) | Total Hours | Total Lodestar per Laffey Rate | Law Firm Billing Rate (c) | Total Lodestar Per Law Firm Rates |
|---|---|---|---|---|---|---|---|
| Bauer, G | NY | 27 | 677.25 | 110.50 | $74,836.13 | $635.00 | $70,167.50 |
| Bershad, D | NY | 42 | 677.25 | 1.25 | $846.56 | $795.00 | $993.75 |
| Graziano, S | NY | 15 | 562.80 | 7.50 | $4,221.00 | $560.00 | $4,200.00 |
| Kartapoulous, A | NY | 25 | 677.25 | 378.50 | $256,339.13 | $525.00 | $198,712.50 |
| Kusel, E | NY | 12 | 562.80 | 72.25 | $40,662.30 | $455.00 | $32,873.75 |
| Rogers, K | LA | 11 | 560.66 | 6.50 | $3,644.29 | $450.00 | $2,925.00 |
| Schulman, S | NY | 26 | 677.25 | 2.75 | $1,862.44 | $725.00 | $1,993.75 |
| Seidman, P | NY | 12 | 562.80 | 67.00 | $37,707.60 | $450.00 | $30,150.00 |
| Weiss, M | NY | 47 | 677.25 | 31.40 | $21,265.65 | $925.00 | $29,045.00 |
| Westerman, J | NY | 27 | 677.25 | 317.25 | $214,857.56 | $665.00 | $210,971.25 |
| Andrejkovis, P | NY | 11 | 562.80 | 1.50 | $844.20 | $415.00 | $622.50 |
| Furukawa, M | LA | 3 | 280.33 | 60.50 | $16,959.97 | $320.00 | $19,360.00 |
| Lin, E | LA | 13 | 560.66 | 960.50 | $538,513.93 | $450.00 | $432,225.00 |
| Lipton, A | NY | 6 | 345.45 | 0.25 | $86.36 | $365.00 | $91.25 |
| Long, B | DE | 9 | 475.00 | 0.75 | $356.25 | $375.00 | $281.25 |
| McCulloch, K | LA | 12 | 560.66 | 24.30 | $13,624.04 | $390.00 | $9,477.00 |
| Mills, J | NY | 4 | 345.45 | 2.50 | $863.63 | $385.00 | $962.50 |
| Quinn, MJ | NY | 15 | 562.80 | 0.25 | $140.70 | $285.00 | $71.25 |
| Rado, A | NY | 7 | 345.45 | 75.50 | $26,081.48 | $370.00 | $27,935.00 |
| Chowdhury, I | LA | 9 | 496.85 | 9.25 | $4,595.86 | $395.00 | $3,653.75 |
| Kroll, A | NJ | 33 | 645.00 | 4.60 | $2,967.00 | $200.00 | $920.00 |
| Giblin, V | NJ | 11 | 536.00 | 52.50 | $28,140.00 | $400.00 | $21,000.00 |
| Finnell, L | NJ | 3 | 268.00 | 0.10 | $26.80 | $135.00 | $13.50 |
| Glancy, L | LA | 19 | 560.66 | 0.75 | $420.50 | $625.00 | $468.75 |
| Goldberg, M | LA | 11 | 560.66 | 12.00 | $6,727.92 | $575.00 | $6,900.00 |
| MacDiarmid, D | LA | 4 | 344.13 | 1.20 | $412.96 | $395.00 | $474.00 |
| Murray, B | NY | 17 | 562.80 | 8.00 | $4,502.40 | $595.00 | $4,760.00 |
| Belfi, E | NY | 11 | 562.80 | 8.50 | $4,783.80 | $495.00 | $4,207.50 |
| Donders, L | NY | 5 | 345.45 | 1.00 | $345.45 | $425.00 | $425.00 |
| Hinton, C | NY | 4 | 345.45 | 0.50 | $172.73 | $425.00 | $212.50 |
| Paton, A | NY | 4 | 345.45 | 1.60 | $552.72 | $425.00 | $680.00 |
| Summer Clerks | NY | - | 153.30 | 6.25 | $958.13 | $228.00 | $1,425.00 |
| Paralegals (LA) | LA | - | 152.72 | 345.45 | $52,757.12 | $259.00 | $89,471.55 |
| Paralegals (NY) | NY | - | 153.30 | 127.25 | $19,507.43 | $240.00 | $30,540.00 |
| Paralegals (NJ) | NJ | - | 70.00 | 3.00 | $210.00 | $70.00 | $210.00 |
|  |  |  |  | 2,702.90 | $1,380,794.00 |  | $1,238,419.80 |

(a) Rates are per Updated Laffey Matrix found at www.laffeymatrix.com
(b) Rates are based on 4.6% increase for LA and 5% increase for NY per 11/30/07 Order; did not adjust for NJ or DE
(c) Rates are based on billing rates submitted by plaintiff's counsel on August 10, 2007

## EXPENSE REPORT — Inception through May 27, 2008[1]

| EXPENSE | AMOUNT |
|---|---:|
| Professional Staff Costs[2] | 227,209.25 |
| Experts/Consultants | 68,632.87 |
| Online Legal Research | 19,838.42 |
| Transportation | 22,508.89 |
| Photocopies/Printing | 13,264.18 |
| Class Action Notices | 8,965.75 |
| Meals & Hotels | 9,646.85 |
| Filing/Legal/Witness Fees | 3,557.52 |
| Telephone | 1,637.43 |
| CT Rep/Trscpt/Video | 1121.50 |
| Secty'l/Support Staff O/Time | 873.08 |
| Messengers | 462.05 |
| Facsimile Charges | 564.60 |
| Postage | 189.28 |
| Miscellaneous | 2,246.15 |
| **TOTAL EXPENSES** | **380,717.82** |

---

[1] Includes expenses previously submitted by plaintiffs' counsel on August 10, 2007 of $124,939.95.

[2] The Professional Staff Costs are based on the amount discussed in the Court's November 30, 2007 order, at page 12, and were previously submitted by plaintiff's counsel on August 10, 2007.