1  PAUL K. ROWE (Admitted *Pro Hac Vice*)
   RACHELLE SILVERBERG (Admitted *Pro Hac Vice*)
2  WACHTELL, LIPTON, ROSEN & KATZ
   51 W. 52nd Street, Suite 29
3  New York, New York 10019
   Telephone: (212) 403-1000
4  Facsimile: (212) 403-2000

5  Attorneys for Defendants
   NOVARTIS VACCINES AND DIAGNOSTICS, INC.
6  (formerly known as Chiron Corporation)

7  JAMES E. LYONS (State Bar No. 112583)
   AMY S. PARK (State Bar No. 208204)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
9  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
10 Facsimile: (415) 984-2698

11 Attorneys for Defendants
   NOVARTIS VACCINES AND
12 DIAGNOSTICS, INC. (formerly known as
   Chiron Corporation), HOWARD H. PIEN,
13 JOHN A. LAMBERT, and DAVID V. SMITH

14 [Additional counsel on signature page]

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN FRANCISCO DIVISION**

18 | RICHARD GREGORY, On Behalf of Himself ) | Case No. C-04-4293-VRW
   | and All Others Similarly Situated,      )
19 |                                         ) | CLASS ACTION
   |                       Plaintiff,        )
20 |                                         ) | [PROPOSED] ORDER GRANTING JOINT
   |          vs.                            ) | REQUEST FOR EXTENSION OF TWO
21 |                                         ) | COURT DAYS TO FILE REVISED
   | CHIRON CORPORATION, HOWARD H.           ) | SETTLEMENT DOCUMENTS
22 | PIEN, JOHN A. LAMBERT and DAVID V.      )
   | SMITH,                                  ) | Judge:    Chief Judge Vaughn R. Walker
23 |                                         )
   |                       Defendants.       )
24 |                                         )

25

26

27

28

---

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE
REVISED SETTLEMENT DOCUMENTS
CASE NO.: C-04-4293-VRW

1    The Court, having considered the parties' Joint Request For Extension Of Two Court Days To File Revised Settlement Documents, hereby ORDERS THAT:

    1.    The parties' Joint Request is GRANTED.

    2.    The parties shall file the revised settlement documents by June 10, 2008.

IT IS SO ORDERED:

Dated: __June 9, 2008__

_____
The Honorable
Chief Judge, [Judge Vaughn R Walker] — GRANTED

Submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:     /s/ Amy S. Park
AMY S. PARK
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4511
Email: amy.park@skadden.com

Attorneys for Defendants
NOVARTIS VACCINES AND DIAGNOSTICS, INC.
(formerly known as Chiron Corporation), HOWARD H.
PIEN, JOHN A. LAMBERT, and DAVID V. SMITH

MILBERG, LLP

By:     /s/ Elizabeth Lin
ELIZABETH LIN
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, California 90071
Telephone: (213) 617-1200
Email: elin@milberg.com

Attorneys for Lead Plaintiff

- 1 -
[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE
REVISED SETTLEMENT DOCUMENTS
CASE NO.: C-04-4293-VRW