MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com
elin@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: gbauer@milberg.com
akartalopoulos@milberg.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>REQUEST TO MODIFY SETTLEMENT NOTICE DUE TO RECENT EVENTS |

In light of recent events involving class counsel, Milberg LLP, Lead Plaintiff hereby requests that certain language included in the Notice of Class Action and Proposed Settlement Thereof, Motion for Attorneys' Fees and Settlement Fairness Hearing ("Settlement Notice"), approved by the Court on June 18, 2008 (Exhibit 2, page 14), be modified to state as follows:

Milberg LLP was formerly known as Milberg Weiss Bershad & Schulman LLP.  On May 18, 2006 in the United States District Court for the Central District of California (Los Angeles), Milberg Weiss Bershad & Schulman LLP and two of its partners, David J. Bershad and Steven G. Schulman, and others, were named as defendants in an indictment.  On September 20, 2007 a superseding indictment was filed which added Melvyn I. Weiss as a named defendant.  The indictments alleged that, in certain cases identified in the indictments, portions of attorneys' fees awarded to the firm were improperly shared with certain plaintiffs.  ~~Milberg LLP has pleaded not guilty.~~ The three partners named in the indictments have left the firm and have ~~agreed to plead~~pleaded guilty to a charge of conspiracy.  The indictments do not refer to this action, and make no allegations of any impropriety in the conduct of this action.

On June 16, 2008, Milberg LLP entered into a non-prosecution case disposition agreement with the government providing for dismissal of the indictment against Milberg LLP and payment of $75 million over the next five years due to conduct by its former senior partners.  The government determined that dismissal of the indictment and non-prosecution of Milberg LLP were appropriate in light of its belief that "no attorney currently a partner or associate with Milberg LLP is criminally culpable" with respect to conduct charged in the indictment, and recognized that the former senior partners who had engaged in misconduct "took affirmative steps to conceal their illegal activities from other partners, associates, and employees of the Firm."

Defendants were notified of the proposed change, and do not object to this new language.

DATED:  June 18, 2008                    MILBERG LLP
                                         JEFF S. WESTERMAN
                                         ELIZABETH P. LIN

                                               */s/ Jeff S. Westerman*
                                         ———————————————
                                              JEFF S. WESTERMAN
                                         One California Plaza
                                         300 South Grand Avenue, Suite 3900
                                         Los Angeles, CA 90071
                                         Telephone: (213) 617-1200
                                         Facsimile:  (213) 617-1975
                                         Email: jwesterman@milberg.com
                                            elin@milberg.com

| | |
|---|---|
| 1 | MILBERG LLP |
| 2 | GEORGE A. BAUER III |
| | ANITA KARTALOPOULOS |
| 3 | One Pennsylvania Plaza, 49th Floor |
| | New York, NY  10119 |
| 4 | Telephone: (212) 594-5300 |
| | Facsimile:  (212) 868-1229 |
| 5 | Email: gbauer@milberg.com |
| |   akartalopoulos@milberg.com |
| 6 | Lead Counsel for the Class |

REQUEST TO MODIFY SETTLEMENT NOTICE DUE TO RECENT EVENTS
CASE NO.:C-04-4293-VRW

2

DOCS\438388v1