MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: gbauer@milberg.com
akartalopoulos@milberg.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER |

1     WHEREAS, on July 7, 2008, the Court advised counsel of the need to change the date of

2 the hearing to consider the proposed settlement, after some of the approved forms of mail notice

3 and the publication notice went out, and

4     WHEREAS, to correct, in an effective and cost efficient manner, the mail notices that

5 have already gone out, the parties request the Court to approve a mailing to those who were

6 already mailed the notices, of a post-card containing the following text:

7     **NOTICE OF CHANGE OF HEARING DATE**

8     This Notice relates to the *In re Chiron Corporation Securities Litigation*,

9 pending before the Honorable Vaughn R. Walker in the United States District

10 Court for the Northern District of California, San Francisco Division, as Case No.

11 C-04-4293-VRW.

12     We recently sent you, and other persons believed to have purchased

13 Chiron Corporation common stock during the period from July 23, 2003 through

14 October 5, 2004, a "Notice of Pendency of Class Action and Proposed Settlement

15 Thereof, Motion for Attorneys' Fees and Settlement Fairness Hearing" (the

16 "Settlement Notice").

17     Please note that the date for the Settlement Fairness Hearing previously

18 announced in the Settlement Notice has been changed to **October 6, 2008** at

19 10:00 a.m. The Settlement Notice, which contains important information about

20 Class Members' rights, is otherwise unchanged.

21     If you have any questions about the Settlement or the litigation, you may

22 contact the Claims Administrator:

    Chiron Corporation Securities Litigation Settlement
23     c/o Gilardi & Co. LLC
    Claims Administrator
24     P.O. Box 8040
    San Rafael, CA 94912-8040
25

26     Copies of the full Settlement Notice and other information may be viewed

27 or downloaded at *www.chironlitigation.com*

28 STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER     -1-
CASE NO.:C-04-4293-VRW

DOCS\439982v2

1  WHEREAS, to correct, in an effective and cost efficient manner, the mail notices that are
2 mailed after July 7, 2008, an insert is to be included in the Settlement Notice saying "Important
3 Notice  The date of the Settlement Fairness Hearing in this litigation has been changed by order
4 of the Court. The new date of the Settlement Fairness Hearing is Monday, October 6, 2008 at
5 10:00 a.m.," and

6  WHEREAS, the publication notice was published in the national edition of *The Wall
7 Street Journal*, and in *Investor's Business Daily* on July 9, 2008.  The publication notices, which
8 were typeset and scheduled for publication prior to July 7, 2008, included the original October 2,
9 2008 hearing date.  No correction is needed because the publication notice essentially alerts
10 potential Class Members to get the full printed notices, and anyone requesting the full notice in
11 response to the publication notice will receive notice of the re-scheduled hearing date.

12  NOW THEREFORE, the parties stipulate, agree and jointly respectfully request that the
13 Court approve the foregoing steps for notifying Class Members of the change in the date for the
14 hearing on the settlement, including through the mailing of post-cards, with substantially the
15 above text, to the persons who were mailed the notices showing the previously scheduled hearing
16 date.

17 DATED:  July 14, 2008                MILBERG LLP
                                          JEFF S. WESTERMAN

                                                   */s/ Jeff S. Westerman*
                                          JEFF S. WESTERMAN

                                          One California Plaza
                                          300 South Grand Avenue, Suite 3900
                                          Los Angeles, CA 90071
                                          Telephone: (213) 617-1200
                                          Facsimile:  (213) 617-1975
                                          Email: jwesterman@milberg.com

28 STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER  -2-
CASE NO.:C-04-4293-VRW
DOCS\439982v2

|   |   |
|---|---|
| | MILBERG LLP |
| | GEORGE A. BAUER III |
| | ANITA KARTALOPOULOS |
| | One Penn Plaza |
| | New York, NY 10119 |
| | Telephone: (212) 594-5300 |
| | Facsimile: (212) 868-1229 |
| | Email: gbauer@milberg.com |
| | akartalopoulos@milberg.com |

*Lead Counsel for the Class*

KROLL HEINEMAN GIBLIN, LLC
VINCENT M. GIBLIN
99 Wood Avenue South, Suite 307
Iselin, NJ 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120
Email: vgiblin@krollfirm.com

*Counsel for Lead Plaintiff*

DATED: July 14, 2008   WACHTELL, LIPTON, ROSEN & KATZ
PAUL K. ROWE
RACHELLE SILVERBERG

                     */s/ Paul K. Rowe*
                       PAUL K. ROWE

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2210

*Counsel for Defendant Novartis Vaccines and Diagnostics, Inc. (formerly known as Chiron Corporation)*

---

STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW

-3-

DOCS\439982v2

| | | |
|---|---|---|
| 1 | DATED: July 14, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| 2 | | JAMES E. LYONS |
| 3 | | AMY S. PARK |

*/s/ Amy S. Park*
AMY S. PARK
525 University Avenue, Suite 1100 Palo Alto, CA 94301
Telephone: (650) 470-4511
Facsimile: (888).329- .6334
E-mail: amy.park@skadden.com

*Counsel for Defendants Novartis Vaccines and Diagnostics, Inc. (formerly known as Chiron Corporation), Howard H. Pien, John A. Lambert and David V. Smith*

\*    \*    \*

STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW     -4 -

DOCS\439982v2

ORDER

The above stipulation having been considered and good cause appearing therefore, the Court approves the steps described in the foregoing Stipulation for notifying Class Members of the change in the date for the hearing on the settlement, including through the mailing of post-cards, with substantially the above text, to the persons who were mailed the notices showing the previously scheduled hearing date.

IT IS SO ORDERED.

DATED: July 15, 2008

HONORABLE VAUGHN R. WALKER
JUDGE OF THE DISTRICT COURT

STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER
CASE NO.:C-04-4293-VRW    -5-

DOCS\439982v2

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

*/s/ Jeff S. Westerman*

JEFF S. WESTERMAN

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 14, 2008, declarant served the **STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER** by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

# SERVICE LIST

*Richard Gregory v. Chiron Corporation, et al.*
USDC ~ San Francisco - Case No.C-04-4293-VRW

| *Counsel for Plaintiffs* | |
|---|---|
| Jeff S. Westerman<br>MILBERG LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | George A. Bauer III<br>Anita Kartalopoulos<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| Kroll Heineman Giblin llc<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120 | Lionel Glancy<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892 | Vincent Giblin<br>PITTA & DREIER LLP<br>499 Park Avenue<br>15th Floor<br>New York, New York 10022<br>Telephone: (212) 652-3890<br>Facsimile: (212) 652-3891 |
| *Counsel for Defendants* | |
| James E. Lyons<br>Amy Park<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698 | Eric Waxman<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| Paul K. Rowe<br>Rachelle Silverberg<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000 | |
| *Other Counsel* | |

| | |
|---|---|
| 1<br>2<br>3 | Jeffrey R. Krinsk<br>Finkelstein & Krinsk<br>501 W. Broadway, Suite 1250<br>San Diego, CA  92101-3593<br>Telephone: (619) 238-1333<br>Facsimile:  (619) 238-5425 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| 28 | STIPULATION REGARDING SUPPLEMENTAL POST-CARD NOTICE REGARDING CHANGE OF DATE OF SETTLEMENT HEARING; [PROPOSED] ORDER<br>CASE NO.:C-04-4293-VRW | -9 - |

DOCS\439982v2