1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  Email: jwesterman@milberg.com
   One California Plaza
3  300 South Grand Avenue, Suite 3900
   Los Angeles, CA 90071
4  Telephone: (213) 617-1200
   Facsimile: (213) 617-1975
5
   MILBERG LLP
6  GEORGE A. BAUER III (admitted *pro hac vice*)
   Email: gbauer@milberg.com
7  One Pennsylvania Plaza
   New York, NY 10119
8  Telephone: (212) 594-5300
   Facsimile: (212) 868-1229
9
   Lead Counsel for the Class
10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  RICHARD GREGORY, On Behalf of Himself  )  Case No. C-04-4293-VRW
    and All Others Similarly Situated,     )
15                                         )  CLASS ACTION
                         Plaintiff,        )
16                                         )  STIPULATION AND [PROPOSED] ORDER
         vs.                               )  RE TELEPHONIC PARTICIPATION BY
17                                         )  GEORGE A. BAUER III AT THE
    CHIRON CORPORATION, HOWARD H.          )  SETTLEMENT FAIRNESS HEARING
18  PIEN, JOHN A. LAMBERT and DAVID V.     )
    SMITH,                                 )  DATE:  October 6, 2008
19                                         )  TIME:  10:00 a.m.
                         Defendants.       )  CTRM:  Hon. Vaughn R. Walker
20                                         )
                                           )

21

...

28

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:CASE NO.:C-04-4293-VRW

DOCS\441730v1

1    On June 18, 2008, pursuant to Fed. R. Civ. P. 23(e) the Court entered the Preliminary Order
2 for Notice and Hearing in Connection with Settlement Proceedings ("Preliminary Order") setting the
3 Settlement Fairness Hearing on October 2, 2008, at 10:00 a.m.;

4    Following the Clerk's notification that the Court wanted to reschedule the hearing, on July
5 14, 2008, the parties filed the Stipulation Regarding Supplemental Post-Card Notice re Change of
6 Date of Settlement Fairness Hearing;

7    On July 15, 2008, the Court entered an Order resetting the Settlement Fairness Hearing to
8 October 6, 2008, at 10:00 a.m.;

9    George A. Bauer III, a partner with the law firm of Milberg LLP, Plaintiff's Lead Counsel,
10 participated in negotiating and documenting the terms of the Settlement, but Mr. Bauer is unable to
11 physically attend the Settlement Fairness Hearing due to health issues affecting his ability to travel;

12   Jeff S. Westerman and Anita Kartalopoulos of Milberg LLP will be physically present at the
13 Settlement Fairness Hearing but wish Mr. Bauer to participate by telephone, as the Court permitted
14 for the initial preliminary approval hearing;

15   NOW, THEREFORE, the parties stipulate and agree, as follows:

16   1.   Mr. Bauer may participate in the Settlement Fairness Hearing October 6, 2008, at
17 10:00 a.m. by telephone; and

18   2.   Plaintiff's Lead Counsel shall make arrangements for the telephonic participation of
19 Mr. Bauer.

20   IT IS SO STIPULATED

21 DATED: August 8, 2008                MILBERG LLP
                                        JEFF S. WESTERMAN
22

23
                                                */s/ Jeff S. Westerman*
24                                      JEFF S. WESTERMAN

25                                      One California Plaza
                                        300 S. Grand Avenue, Suite 3900
26                                      Los Angeles, CA 90071
                                        Telephone: (213) 617-1200
27                                      Facsimile: (213) 617-1975

28

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW                                                               -1-
DOCS\441730v1

| | |
|---|---|
| 1 | MILBERG LLP |
| | GEORGE A. BAUER III |
| 2 | One Pennsylvania Plaza |
| | New York, NY 10119 |
| 3 | Telephone: (212) 594-5300 |
| | Facsimile: (212) 868-1229 |
| 4 | |
| | *Lead Counsel for the Class* |
| 5 | |
| | KROLL HEINEMAN GIBLIN, LLC |
| 6 | 99 Wood Avenue South, Suite 307 |
| | Iselin, NJ 08830 |
| 7 | Telephone: (732) 491-2100 |
| | Facsimile: (732) 491-2120 |
| 8 | |
| | *Counsel for Lead Plaintiff* |
| 9 | |

DATED: August 5, 2008    SKADDEN ARPS SLATE MEAGHER
         & FLOM LLP
         ERIC S. WAXMAN
         AMY S. PARK

                 _/s/ Amy S. Park_
                    AMY S. PARK

525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4511
Facsimile: (888) 329-6334

SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP
JAMES E. LYONS
Four Embarcadero Center
San Francisco, CA 94111-4144
Telephone: (415) 984-6470
Facsimile: (888) 329-2990

*Attorneys for Defendants*

---

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW                                                                      -2-
DOCS\441730v1

**ORDER**

Having read and considered the parties' Stipulation and [Proposed] Order re Telephonic Participation by George A. Bauer III at the Settlement Fairness Hearing, the Court will permit Mr. Bauer to participate by telephone.

IT IS SO ORDERED.

DATED: __8/15/08__, ~~2007~~

_____
THE HON. ~~VAUGHN R.~~ WALKER
UNITED ~~STATES DISTRICT COUR~~T JUDGE

*GRANTED — Judge Vaughn R Walker* (stamp)

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on August 8, 2008, declarant served the STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION BY GEORGE A. BAUER III AT THE SETTLEMENT FAIRNESS HEARING by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW         -4-
DOCS\441730v1

**SERVICE LIST**

*Richard Gregory v. Chiron Corporation, et al.*
USDC ~ San Francisco - Case No.C-04-4293-VRW

| *Counsel for Plaintiffs* | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>MILBERG LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | George A. Bauer III<br>Anita Kartalopoulos<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| KROLL HEINEMAN GIBLIN LLC<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120 | Lionel Glancy<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892 | Vincent Giblin<br>PITTA & DREIER LLP<br>499 Park Avenue<br>15th Floor<br>New York, New York 10022<br>Telephone: (212) 652-3890<br>Facsimile: (212) 652-3891 |
| *Counsel for Defendants* | |
| James E. Lyons<br>Amy Park<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698 | Eric Waxman<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| Paul K. Rowe<br>Rachelle Silverberg<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000 | |

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC PARTICIPATION AT HEARING
CASE NO.:C-04-4293-VRW

-5-

DOCS\441730v1

| | |
|---|---|
| **Other Counsel** | |
| Jeffrey R. Krinsk<br>FINKELSTEIN & KRINSK<br>501 W. Broadway, Suite 1250<br>San Diego, CA 92101-3593<br>Telephone: (619) 238-1333<br>Facsimile: (619) 238-5425 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28