MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: gbauer@milberg.com
Email: akartalopoulos@milberg.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>Defendants. | Case No. C-04-4293-VRW<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS<br><br>DATE: December 3, 2008<br>TIME: 10:00 a.m.<br>CTRM: 6, 17th Floor<br>JUDGE: Hon. Vaughn R. Walker |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

DOCS\448401v2

# STIPULATION

The Court has scheduled a hearing on December 3, 2008 to, among other things:

(a) determine whether the terms and conditions of the Stipulation and Agreement of Settlement dated as of March 29, 2007 (the "Stipulation") are fair, reasonable, and adequate for the settlement of all claims asserted by the Class against the Defendants in the Consolidated Amended Complaint For Violations of the Federal Securities Laws, dated April 14, 2005 (the "Complaint") now pending in this Court under the above caption (including the release of the Released Parties) and are in the best interests of the Class and should be approved; and whether judgment should be entered dismissing the Complaint on the merits and with prejudice in favor of the Defendants and as against all persons or entities who are members of the Class herein who have not requested exclusion therefrom;

(b) determine whether the Plan of Allocation proposed by Lead Plaintiff, the International Union of Operating Engineers Local No. 825 Pension Fund, should be approved as a fair and reasonable method for allocating the common fund recovery among Class Members;

(c) determine whether and in what amount to award Plaintiff's Counsel fees and reimbursement of expenses; and

(d) consider all matters submitted to it at the hearing and otherwise.

Lead Plaintiff will file papers in support of the Final Approval of Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses and in Reply to Comments and Objections from Class Members.

It is more efficient briefing for Lead Plaintiff to only describe the case and matters relevant to the motions for orders approving the Settlement, the Plan of Allocation, and awarding attorneys' fees and expenses a single time.

It is more efficient for Lead Plaintiff to combine its papers in support of final approval of the Settlement, the Plan of Allocation, and the request for attorneys' fees and expenses into one combined brief.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-1-

DOCS\448401v2

Lead Plaintiff requests permission to file a single brief to cover the motions for orders approving the Settlement, the Plan of Allocation, and awarding attorneys' fees and expenses, not to exceed fifty (50) pages, to which Defendants have consented.

IT IS THEREFORE ORDERED, UPON AGREEMENT AND STIPULATION OF THE PARTIES, THAT:

1. Plaintiff's Memo of Points and Authorities in Support of Final Approval of Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses and in Reply to Comments and Objections from Class Members shall be no longer than fifty (50) pages; and

2. The parties do not anticipate opposition or reply briefs on either motion, but if any, they may be combined in a single brief, not to exceed the local rule page limits for two briefs.

IT IS SO STIPULATED.

DATED: October 27, 2008

MILBERG LLP
JEFF S. WESTERMAN

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: gbauer@milberg.com
Email: akartalopoulos@milberg.com

Lead Counsel for the Class

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-2-

DOCS\448401v2

| | | |
|---|---|---|
| 1 | | KROLL HEINEMAN GIBLIN, LLC<br>VINCENT M. GIBLIN<br>99 Wood Avenue South, Suite 307 |
| 2 | | Iselin, NJ 08830<br>Telephone: (732) 491-2100 |
| 3 | | Facsimile: (732) 491-2120<br>Email: vgiblin@krollfirm.com |
| 4 | | |
| 5 | | Lead Counsel for Plaintiffs |
| 6 | DATED: October 27, 2008 | SKADDEN ARPS SLATE MEAGHER &<br>FLOM LLP |
| 7 | | AMY S. PARK |
| 8 | | */s/ Amy S. Park* |
| 9 | | AMY S. PARK |
| 10 | | 525 University Avenue<br>Suite 1100 |
| 11 | | Palo Alto, CA 94301<br>Telephone: (650) 470-4511 |
| 12 | | Facsimile: (888) 329-6344<br>Email: apark@skadden.com |
| 13 | | Counsel for Defendants |
| 14 | DATED: October 27, 2008 | WACHTELL, LIPTON, ROSEN & KATZ |
| 15 | | RACHELLE SILVERBERG |
| 16 | | |
| 17 | | */s/ Rachelle Silverberg*<br>RACHELLE SILVERBERG |
| 18 | | 51 West 52nd Street |
| 19 | | New York, New York 10019<br>Telephone: (212) 403-1000 |
| 20 | | Facsimile: (212) 403-2000<br>Email: rsilverberg@wlrk.com |
| 21 | | Counsel for Defendants |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-3-

DOCS\448401v2

\* \* \*

**ORDER**

Having read and considered the parties' Joint Stipulation and [Proposed] Order Extending the Page Limit for Plaintiff's Memo of Points and Authorities in Support of Final Approval of Settlement, Plan of Allocation and Award of Attorney's Fees and Expenses and in Reply to Comments and Objections from Class Members, Lead Plaintiff may file a single combined brief covering the above four matters not to exceed fifty (50) pages.

IT IS SO ORDERED.

DATED: 10/29/2008 , 2008



THE HONORABLE
UNITED S

---

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-4-

DOCS\448401v2

# SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

*/s/ Jeff. S. Westerman*
JEFF S. WESTERMAN

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-5-

DOCS\448401v2

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on October 27, 2008, declarant served the JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

---

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW | -6-

DOCS\448401v2

# CHIRON CORPORATION
## SERVICE LIST

*Counsel for Plaintiffs*

Jeff S. Westerman
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

George A. Bauer III
Anita Kartalopoulos
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Vincent M. Giblin
KROLL HEINEMAN GIBLIN LLC
99 Wood Avenue South, Suite 307
Iselin, NJ 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120

Lionel Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Brian P. Murray
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

*Counsel for Defendants*

James E. Lyons
Amy S. Park
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4511
Facsimile: (888) 329-6344

Paul K. Rowe
Rachelle Silverberg
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Other Counsel*

Jeffrey R. Krinsk
FINKELSTEIN & KRINSK
501 W. Broadway, Suite 1250
San Diego, CA 92101-3593
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR PLAINTIFF'S MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND EXPENSES AND IN REPLY TO COMMENTS AND OBJECTIONS FROM CLASS MEMBERS – CASE NO.: C-04-4293-VRW

-7-

DOCS\448401v2