**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13          IN THE UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  **In re CHIRON CORP SECURITIES           No   C 04-4293 VRW**
    **LITIGATION**
17                                            **ORDER**

18  _____/

19          On November 19, 2008, class counsel submitted a proposed

20  "Final Order and Judgment," Doc #186, which the court declined to

21  enter for failure of the document to comply with FRCP 54(a) and

22  58(a).  On January 28, 2009, class counsel submitted a revised

23  final order and judgment.  Doc #196.  Unfortunately, this latest

24  submission also fails to comply with FRCP 54(a) and 58(a) and the

25  court declines to enter it.

26          The court recognizes that Doc #186 follows a format

27  contemplated by the parties' settlement agreement and apparently

28  used previously in connection with securities class litigation.

**United States District Court**
For the Northern District of California

1    Regrettably, the court did not focus on this document's non-

2    compliance with FRCP 54(a) and 58(a) at the time the settlement was

3    under consideration, so that the form of judgment could then be

4    brought into compliance.  Nonetheless, if a judgment is to be

5    entered, it should comply with the form of judgments so that its

6    satisfaction can be determined without resort to prolonged

7    proceedings.

8        To assist the parties in complying with the Federal

9    Rules, the court has drafted and attaches herewith a proposed form

10    of judgment that appears to the court to implement the parties'

11    intended disposition of the action.  Counsel are requested to

12    review the attached proposed form of judgment and inform the court

13    whether it meets with their approval.  In addition, counsel should

14    prepare a proposed form of order to resolve any outstanding issues

15    that require judicial resolution in order to implement their

16    settlement.

17

18        IT IS SO ORDERED.

19

20                                   _____

21        VAUGHN R WALKER
        United States District Chief Judge

22

23

24

25

26

27

28

**2**