IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CHIRON CORP SECURITIES LITIGATION  _____ / | No   C 04-4293 VRW  ORDER |

      The court has reviewed the proposed judgment submitted by the parties, Doc #198 Exh A, and has determined FRCP 54(b) certification to be unnecessary.  FRCP 54(b) certification is not appropriate where the judgment resolves all claims against all parties.  The judgment to be entered herein pursuant to the parties' settlement is final even though the court retains jurisdiction over enforcement.  Stone v City and County of San Francisco, 968 F2d 850, 854 (9th Cir 1992)("A consent decree is considered a final judgment despite the fact that the district court retains jurisdiction over the case.").

      IT IS SO ORDERED.

                                    VAUGHN R WALKER  
                                    United States District Chief Judge