1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re CHIRON CORP SECURITIES LITIGATION | No    C 04-4293 VRW |
|---|---|
| / | JUDGMENT |

      This action having come before the court for settlement approval pursuant to FRCP 23(e);

      Notice pursuant to FRCP 23(c)(2) having been given to persons or entities reasonably identifiable, who purchased or otherwise acquired the common stock of Chiron Corporation, now known as Novartis Vaccines and Diagnostics, Inc ("Chiron") during the period from July 23, 2003 through October 5, 2004 (the "Class Period") as shown by the records of Chiron's transfer agent, and as further identified pursuant to orders of the court at the respective addresses set forth in such records and through notice published in the national edition of <u>The Wall Street Journal</u> and <u>Investor's Business Daily</u>;

The following persons or entities and no others having requested exclusion from the settlement class: Murat H Polat; Lawrence M Franks and Ellen S Berelson; Mark L Anderson; Jerry W Cox, Esq; William L Teel; Preston W Thomas; and Patricia S Stuart;

The court having certified this action as a class action on behalf of a settlement class consisting of "all persons who purchased or otherwise acquired the common stock of Chiron during the period from July 23, 2003 through October 5, 2004," but excluding the Individual Defendants, Howard H Pien, John A Lambert and David V Smith, their heirs, affiliates, successors and assigns, and the current or former officers and directors of Chiron and the persons or entities listed above who requested exclusion from the settlement class; and

The court having approved a settlement pursuant to FRCP 23(e) and, on March 11, 2009, ordered entry of judgment, Doc #199, now therefore:

//
//
//
//
//
//
//
//
//
//
//
//

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

**Defendants shall pay to lead counsel's escrow account for the benefit of the settlement class, in settlement of the action on behalf of the class certified, the sum of $30 million plus interest thereon in an amount equivalent to interest at the thirty-day Treasury Bill rate from June 6, 2006 to the date of payment of this judgment.**

**This judgment disposes of all claims asserted in the action against all parties to the action except as set forth herein.**

**Dated: March 11, 2009**

*Cora Klein*

**Cora Klein, DEPUTY CLERK**
**United States District Court**