1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD GREGORY, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>CHIRON CORPORATION, HOWARD H. PIEN, JOHN A. LAMBERT and DAVID V. SMITH,<br><br>                Defendants. | Case No. C-04-4293-VRW<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] CLASS DISTRIBUTION ORDER<br><br>CTRM:    6<br>JUDGE:   Hon. Vaughn R. Walker |

[PROPOSED] CLASS DISTRIBUTION ORDER
CASE NO.: C-04-4293-VRW
DOCS\484048v1

1  **WHEREAS**, on January 6, 2009 this Court entered an Order, which among other things
2  approved the settlement of this action; and

3  **WHEREAS**, on March 11, 2009, this Court entered an Order Approving Class Action
4  Settlement, Plan of Allocation and Common Fund Fee and Expense Award approving the terms
5  of the Stipulation and Agreement of Settlement dated as of March 29, 2007 (the "Stipulation")
6  and the Plan of Allocation; and

7  **WHEREAS**, this Court has directed the parties to consummate the terms of the
8  Stipulation and the Plan of Allocation.

9  **NOW, THEREFORE**, upon reading and filing the Affidavit of Lara McDermott of
10 Gilardi & Co. LLC, the Claims Administrator, and the memorandum of law, and upon all prior
11 proceedings herein and after due deliberation, it is hereby

12 **ORDERED**, that the administrative determinations of the Claims Administrator
13 accepting the claims as indicated on the computer printout of accepted claims submitted with and
14 described in the Affidavit of Lara McDermott, including claims submitted after November 1,
15 2008 through and including September 1, 2009, be and the same hereby are approved, and said
16 claims are hereby accepted; and it is further

17 **ORDERED**, that the administrative determinations of the Claims Administrator rejecting
18 the claims as indicated on the computer printout of rejected claims submitted with and described
19 in the Affidavit of Lara McDermott be and the same hereby are approved, and said claims are
20 hereby rejected; and it is further

21 **ORDERED**, that Gilardi & Co. LLC be paid the sum of $30,013.36 from the Settlement
22 Fund for the balance of its fees and expenses incurred and to be incurred in connection with
23 services performed and to be performed with respect to the settlement administration and
24 distribution of the Net Settlement Fund; and it is further

25 **ORDERED**, that the Certified Public Accounting firm of Eisner LLP, the tax
26 accountants for the Settlement Fund, be paid the sum of $3,000 from the Settlement Fund for its
27 fees and expenses incurred and to be incurred in connection with services performed and to be
28

1  performed with respect to the taxation of the Settlement Fund herein for the year 2009; and it is
2  further

3  **ORDERED**, that the balance of the Settlement Fund after deducting the payments
4  previously allowed and set forth herein (the "Net Settlement Fund") shall be distributed to the
5  eligible claimants listed on the computer printout submitted with the Affidavit of Lara
6  McDermott in proportion to the Recognized Claim allocable to each such eligible claimant as
7  shown on such printout; and it is further

8  **ORDERED**, that the payments to be distributed to the Authorized Claimants shall bear
9  the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT
10 CASHED BY [DATE 180 DAYS AFTER ISSUE DATE]."  Plaintiffs' Lead Counsel and the
11 Claims Administrator are authorized to take appropriate action to locate and or contact any
12 eligible claimant who has not cashed his, her or its distribution within said time; and it is further

13 **ORDERED**, that the costs of such services to locate and reissue payments to such
14 Authorized Claimants shall be payable from the unclaimed/un-cashed monies remaining in the
15 Net Settlement Fund; and it is further

16 **ORDERED**, that, as provided in the Plan of Allocation previously approved by the
17 Court, after one year after the initial distribution of the Net Settlement Fund to eligible claimants
18 and after reasonable and diligent efforts have been made to have the eligible claimants cash their
19 distributions, Plaintiffs' Lead Counsel are authorized to cause the Claims Administrator to
20 distribute any funds remaining in the Net Settlement Fund by reason of returned or unpaid
21 distributions or otherwise, to eligible claimants who have cashed their distributions, provided
22 that they would receive at least $10.00 on such re-distribution based on their Recognized Claims,
23 after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for
24 such re-distribution.  If after six months after such re-distribution any funds shall remain in the
25 Net Settlement Fund, then such balance shall be contributed to the Legal Aid Society of San
26 Mateo County, California.; and it is further

27
28

1   **ORDERED**, that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order, and it is further

**ORDERED**, that the Claims Administrator is hereby authorized to discard paper or hard copies of the Proofs of Claim and supporting documents not less than one year after the initial distribution of the Net Settlement Fund to the eligible claimants and electronic or magnetic media data not less than three years after the initial distribution of the Net Settlement Fund to the eligible claimants; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this Action; and it is further

**ORDERED**, that no claim submitted, and no deficient claim corrected, after September 1, 2009 may be accepted for any reason whatsoever.

Dated: __October 1__, 2009

_____
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on September 29, 2009, declarant served the **[PROPOSED] CLASS DISTRIBUTION ORDER** by transmitting via e-filing the document listed above to the Case Management/Electronic Case filing system.

3. A true copy thereof will be deposited on September 30, 2009, in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2009, at Los Angeles, California.

_____
SHARON CHANG

[PROPOSED] CLASS DISTRIBUTION ORDER
CASE NO.: C-04-4293-VRW

-4-

DOCS\484048v1

# SERVICE LIST

*Richard Gregory v. Chiron Corporation, et al.*
USDC ~ San Francisco - Case No.C-04-4293-VRW

| *Counsel for Plaintiffs* | |
|---|---|
| Jeff S. Westerman<br>MILBERG LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA  90071<br>Telephone: (213) 617-1200<br>Facsimile:  (213) 617-1975 | George A. Bauer III<br>Anita Kartalopoulos<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY  10119<br>Telephone: (212) 594-5300<br>Facsimile:  (212) 868-1229 |
| Kroll Heineman llc<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ  08830<br>Telephone: (732) 491-2100<br>Facsimile:  (732) 491-2120 | Lionel Glancy<br>Glancy Binkow & Goldberg LLP<br>1801 Ave. of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile:  (310) 201-9160 |
| Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile:  (212) 682-1892 | Vincent Giblin<br>pitta & dreier llp<br>499 Park Avenue<br>15th Floor<br>New York, New York 10022<br>Telephone: (212) 652-3890<br>Facsimile: (212) 652-3891 |
| *Counsel for Defendants* | |
| James E. Lyons<br>Amy Park<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA  94111<br>Telephone: (415) 984-6400<br>Facsimile:  (415) 984-2698 | Eric Waxman<br>Skadden Arps Slate Meagher & Flom LLP<br>300 S. Grand Avenue<br>Los Angeles, CA  90071<br>Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |

Paul K. Rowe
Rachelle Silverberg
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile:  (212) 403-2000

*Other Counsel*

Jeffrey R. Krinsk
FINKELSTEIN & KRINSK
501 W. Broadway, Suite 1250
San Diego, CA  92101-3593
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425